**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

ROBINSON CARRERA TORRES,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-03446-RFB-MDC

**ORDER**

Since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 3), it has come to the Court's attention that Petitioner, Robinson Carrea Torres, has another habeas proceeding pending in this District: <u>Adelis Torres Carrera v. Officer in Charge, NSDC</u>, No. 2:26-cv-02577-JAD-MDC.

Accordingly, **IT IS HEREBY ORDERED** that, on or before November 2, 2026, Petitioner, with the assistance of counsel, must indicate whether Petitioner intends to proceed with their petition in the instant case, or in Petitioner's duplicate proceeding pending before this Court. <u>See</u> <u>Adelis Torres Carrera v. Officer in Charge, NSDC</u>, No. 2:26-cv-02577-JAD-MDC..

**DATED:** October 23, 2026

/s/ Richard F. Boulware, II

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**